IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:15CR317 |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| EVA FISHER, | |
| Defendant. | |

This matter is before the court on the defendant's motion for copies, Filing No. 45, and motion for transcripts, Filing No. 46, and motion for status, Filing No. 47. She requests copies of certain pleadings and transcripts, and defendant also requests that the court contact numerous individuals and businesses on her behalf, including state courts, newspapers, and television stations. The court is unable to grant the relief she seeks with respect to contacting others.

Ms. Fisher presently has nothing pending before the court. Accordingly, she can make the request for the cost of copies to the Clerk of Court for the docket sheet and specific pleadings that are already filed with the United States District Court. Auditing requires that payment is received prior to shipment of the copies

Defendant also seeks transcripts of her initial appearance, change of plea hearing, sentencing, and motion hearing. The Clerk of Court is directed to advise Ms. Fisher of the cost for a transcript of the initial appearance held 10/23/15 that was digitally recorded. Auditing requires that payment is received prior to the transcription of the hearing and shipment of the transcript.

Court reporter Susan DeVetter is directed to contact Ms. Fisher to advise her of the cost to obtain the transcripts of the change of plea hearing held 2/10/16 and the motion hearing held 10/18/17. Court reporter Rogene Schroder is directed to contact Ms. Fisher to advise her of the cost to obtain the transcript of the sentencing held 5/13/16. Ms. Fisher will be responsible to the respective court reporters for those transcript costs.

THERFORE, IT IS ORDERED THAT:

1. Defendant's motion for copies, Filing No. 45, is granted in part and denied in part;
2. Defendant's motion for a status update, Filing No. 47, is denied; and
3. Defendant's motion for a transcript, Filing No. 46, is granted in part and denied in part.

Dated this 21st day of August, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge