IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| United States of America, | |
|---|---|
| Plaintiff, | 8:15CR317 |
| vs. | |
| Eva Fisher, | ORDER |
| Defendant. | |

Before the court is the request for transcript of hearing held on October 23, 2015, [Filing No. 46](#).

IT IS ORDERED:

1. The request for transcript of the Initial Appearance held on October 23, 2015, [Filing No. 46](#), is granted.

2. Eva Fisher, is ordered to pay to the Clerk the amount of $10.95. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $10.95, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on 10/23/2015. A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

Dated this 21st day of August, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge